UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| YVONNE VAVOUKAKIS, | ) | 2:20-CV-01469-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | |
| vs. | ) | September 4, 2020 |
| | ) | |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　　Plaintiff has filed an application to proceed *in forma pauperis* in an action involving judicial review of administrative action by the Secretary of Health and Human Services, denying plaintiff's claim for disability benefits under the Social Security Act.  In the application, plaintiff listed minimal income and assets (ECF No. 1).  For good cause appearing, plaintiff's request to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

　　　　IT IS ORDERED that the clerk of the court shall file the complaint.  The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor.  This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

　　　　IT IS FURTHER ORDERED that the clerk of the court shall issue summons to the following:

　　　　　　　　　　Andrew Saul, Commissioner
　　　　　　　　　　Social Security Administration
　　　　　　　　　　Office of General Counsel
　　　　　　　　　　Room 611 Altmeyer Building
　　　　　　　　　　6401 Security Boulevard
　　　　　　　　　　Baltimore, MD  21235

       U.S. Attorney General
       U.S. Department of Justice
       Ninth and Pennsylvania
       Washington, D.C.  20530

       United States Attorney
       400 S. Virginia Street, Suite 900
       Reno, Nevada 89501

  The clerk shall deliver the summons and sufficient copies of the complaint to the U.S. Marshal for service.  The clerk shall send plaintiff sufficient copies of service of process forms (USM-285) for each defendant.  Plaintiff shall have twenty (20) days in which to return to the required forms USM-285 to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada  89501.

  **IT IS SO ORDERED.**

              DEBRA K. KEMPI, CLERK

           By:_____/s/_____
               Deputy Clerk